**Deny and Opinion Filed April 3, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00424-CV

### IN RE COREY STEELE, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18523**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Whitehill

Before the Court is relator's March 1, 2020 "Original Notice of: Accelerated Appeal & Petition for Mandamus." To the extent he seeks mandamus relief, relator asks this Court to compel the trial court to hold various hearings. Relator's petition fails to meet the requirements of the Texas Rules of Appellate Procedure, and because he has filed no record, the Court is unable to conduct a meaningful review of his claims. TEX. R. APP. P. 52.3, 52.7.

Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).



/Bill Whitehill/
BILL WHITEHILL
JUSTICE


200424F.P04